### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> RASHELL ORTIZ | CRIMINAL ACTION <br> NO. 24-13 |

### ORDER

**AND NOW**, this 5th day of December 2024, upon consideration of The Government's Motion to Admit Opinion Testimony (ECF No. 16), Ortiz's Response in Opposition thereto (ECF No. 33), the Government's Reply (ECF No. 35), the Government's Motion *in Limine* for Offer of Proof and to Preclude Defendant's Duress Defense (ECF No. 28), and Ortiz's Response thereto (ECF No. 32), and after hearing argument on the Motions at the Final Pretrial Conference (ECF No. 36), it is **ORDERED** that:

1. The Government's Motion at ECF No. 16 is **DENIED** for the reasons stated on the record during the hearing; and

2. The Government's Motion at ECF No. 28 is **DENIED** as moot given the Defense's on-the-record representation that it will not pursue a duress defense.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.