# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. 24-13 |
| RASHELL ORTIZ | |

## ORDER

**AND NOW**, this 18th day of March 2025, upon consideration of Rashell Ortiz's Motion for Reconsideration of Denial of Motion for Judgment of Acquittal or for a New Trial (ECF No. 59), the Government's Response (ECF No. 65), and Ortiz's Reply (ECF No. 73), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.